# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOSHUA HENDERSON, *individually and on behalf of all others similarly situated*,<br><br>   Plaintiff,<br>v.<br><br>AHOLD DELHAIZE USA SERVICES, LLC, FOOD LION, LLC and GIANT FOOD, LLC<br><br>   Defendants. | Case No.: 1:25-cv-00531-TDS-LPA<br><br>**CERTIFICATE OF WORD COUNT** |
| JON ANKUS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>AHOLD DELHAIZE USA SERVICES, LLC,<br>   Defendant. | Case No.: 1:25-cv-00533-TDS-LPA |

  Pursuant to L.R. 7.3(d)(1), the undersigned certifies that the memorandum of law (Document 6) complies with the Court's word limit as calculated using the word count feature of the word processing software. Specifically, Document 6 contains 5,925 words. This count includes the body of the memorandum and headings, but does not include the caption, signature lines, or any certificates of counsel.

Dated: July 2, 2025

                Respectfully submitted,

                By: *s/David M. Wilkerson*
                David M. Wilkerson
                **WILKERSON JUSTUS PLLC**
                PO Box 54
                Asheville, NC 28802
                Tel: (828) 316-6902
                Email: dwilkerson@wilkersonjustus.com

                Mariya Weekes*
                **MILBERG COLEMAN BRYSON**

**PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
Tel: (786) 879-8200
Fax: (786) 879-7520
Email: mweekes@milberg.com

Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
One West Law Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 525-4100
Email : ostrow@kolawyers.com

*Attorneys for Plaintiff and the Putative Classes*

**Pro Hac Vice* forthcoming