**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| In re Ahold Delhaize USA Services Data Breach Litigation<br><br>*This document relates to: All Actions* | Civil Action No. 1:25-cv-00531 |

**NOTICE OF SPECIAL APPEARANCE OF SABITA J. SONEJI**

Please take notice that the undersigned, Sabita J. Soneji, hereby enters a notice of special appearance as attorney for Plaintiffs Jon Ankus, Steven Banville, Mary Begley, Nancy Benson, Anthony Bueno, Autumn Canfield, Angela Carter, Jennifer Cullen, Dennis Dougherty, Margaretanna Hart, Joshua Henderson, Inga Hicks, Clifton Holloway, Michael Holt, Thomas Landers, Brian LeClair, Madison Lucas, William Marshall, Brenna Olbrich, Susan Juanita Owen-Brooks, Siera Owens, Anthony Reid, Desiree Scott, Dione Sease, Dwayne Smith, and John Townsend Jr. in the above-captioned matter in association with Local Civil Rule 83.l(d) attorney E. Winslow Taylor.

I certify that I will submit any document to the Local Civil Rule 83.l(d) attorney for review prior to filing the document with the court.

Dated: February 3, 2026

Respectfully submitted,

*/s/Sabita J. Soneji*
Sabita J. Soneji
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Tel. 510-254-6808
ssoneji@tzlegal.com

*/s/ E. Winslow Taylor*
E. Winslow Taylor, Bar No. 45533
**TAYLOR & TAYLOR ATTORNEYS AT LAW, PLLC**
1080 W. Fourth St.
Winston-Salem, NC 27101
Telephone: (336) 418-7445
winslow@t2legal.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will serve a copy on all counsel of record.

*/s/Sabita J. Soneji*
Sabita J. Soneji