IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE AHOLD DELHAIZE USA SERVICES DATA BREACH LITIGATION<br><br>This document relates to: 1:25-cv-00531 (Henderson) | Case No. 1:25-cv-00531 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF JOSHUA HENDERSON ONLY**

Plaintiff Joshua Henderson, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendants Ahold Delhaize USA Services, LLC, Food Lion, LLC and Giant Food, LLC, without prejudice.

Dated: February 5, 2026

Respectfully submitted,


/s/: David M. Wilkerson
David M. Wilkerson
**WILKERSON JUSTUS PLLC**
N.C. Bar No. 35742
PO Box 54
Asheville, NC 28802
Tel: (828) 316-6902
Email: dwilkerson@wilkersonjustus.com

/s/ Mariya Weekes
Mariya Weekes*
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL, 33131
Tel: (866) 252-0878
mweekes@milberg.com

* *Special appearance pursuant to L.R. 83.1(d)*

*Attorney for Plaintiff Joshua Henderson*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 5, 2026 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Mariya Weekes*______________
Mariya Weekes