**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| IN RE AHOLD DELHAIZE USA SERVICES DATA BREACH LITIGATION<br><br>This document relates to: 1:25-cv-00533 (Ankus) | Case No. 1:25-cv-00531 |

**PLAINTIFF JON ANKUS'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jon Ankus hereby gives notice that his claims in this action against Defendant Ahold Delhaize USA Services, LLC, are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 11, 2026

By: */s/David M. Wilkerson*

David M. Wilkerson
NC State Bar No.: 35742
WILKERSON JUSTUS PLLC
PO Box 54
Asheville, NC 28802
Telephone: (828) 316-6902
dwilkerson@wilkersonjustus.com

*Attorneys for Plaintiff Ankus*

## CERTIFICATE OF SERVICE

I, David M. Wilkerson, hereby certify that on February 11, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 11th day of February, 2026.

By: */s/David M. Wilkerson*
David M. Wilkerson
NC State Bar No.: 35742
WILKERSON JUSTUS PLLC
PO Box 54
Asheville, NC 28802
Telephone: (828) 316-6902
dwilkerson@wilkersonjustus.com