**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

| | |
|---|---|
| IN RE AHOLD DELHAIZE USA SERVICES DATA BREACH LITIGATION<br><br>This document relates to: All Actions | Civil Action No. 1:25-cv-00531 |

# DEFENDANT AHOLD DELHAIZE USA SERVICES LLC'S MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT AND MOTION TO STRIKE

Pursuant to Rules 12(b)(1), 12(b)(6), 23(c)(1)(A), and 23(d)(1)(D) of the Federal Rules of Civil Procedure, and Local Civil Rule 7.1, Defendant Ahold Delhaize USA Services, LLC respectfully moves: (1) that the Court dismiss Plaintiffs' Consolidated Class Action Complaint with prejudice for lack of subject-matter jurisdiction and failure to state a claim, and (2) that to the extent any claims survive the motion to dismiss, the Court strike Plaintiffs' class allegations. In accordance with Local Rule 7.3(a), the grounds for this Motion are fully set forth in the accompanying brief.

Dated: May 4, 2026.

Respectfully submitted,

/s/ Kathleen E. Perkins
Kathleen E. Perkins
North Carolina Bar. No. 52340
HUNTON ANDREWS KURTH LLP
101 South Tryon Street, Suite 3500
Charlotte, NC 28280
Phone: 704-378-4713
Email: kperkins@hunton.com

Michael A. Oakes *(by special appearance)*
P. Reiko Koyama *(by special appearance)*
HUNTON ANDREWS KURTH LLP

2200 Pennsylvania Ave NW
Washington, DC 20037
Phone: 202-955-1500
Email: moakes@hunton.com
Email: pkoyama@hunton.com

*Attorneys for Defendant Ahold Delhaize USA Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of May 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will serve a copy on all counsel of record.

Dated: May 4, 2026.

/s/ Kathleen E. Perkins
Kathleen E. Perkins