IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BANVILLE, et al,<br><br>Plaintiffs,<br><br>v.<br><br>AHOLD DELHAIZE USA SERVICES LLC,<br><br>Defendant. | 1:25-CV-531 |

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment, it is hereby ORDERED AND ADJUDGED that Defendant's motion to dismiss, D.E. 42, is GRANTED as to Counts II, III, IV, V, VI, and VII. It is also GRANTED with respect to Plaintiffs Banville, Benson, Canfield, Hawkins, Holloway, Marshall, and Townsend's Count VIII. Defendant's motion to dismiss is DENIED as to Count I and Plaintiff Hart's Count VIII. Count II of Plaintiffs' complaint, D.E. 39, is DISMISSED WITH PREJUDICE, and all other dismissed Counts are DISMISSED WITHOUT PREJUDICE.

This the 12th day of November, 2026.

/s/ David A. Bragdon
Chief United States District Judge